# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Anenkova v. Van Ru Credit Corporation, et al., (Lyudmila Anenkova/Appellant)

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 2:15-cv-04968
Date proceedings initiated in D.C.: September 4, 2015
Date Notice of Appeal filed: September 9, 2016
USCA No.: 16-3583

## COUNSEL ON APPEAL

**Appellant(s)**: Plaintiff
Name of Counsel: Gerald D. Wells, III / Arkady "Eric" Rayz
Name of Party(ies): Lyudmila Anenkova
Address: CONNOLLY WELLS & GRAY, LLP 2200 Renaissance Blvd., Suite 308 King of Prussia, PA 19406
Telephone No.: (610) 822-3700
Fax No.: (610) 822-3800
E-mail: gwells@cwg-law.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Ethan G. Ostroff / Darren William Dwyer
Name of Party(ies): Van Ru Credit Corporation
Address: Troutman Sanders, LLP 222 Central Park Avenue, Suite 2000 Virginia Beach, Virginia 23462
Telephone No.: 757.687.7541
Fax No.: 757.687.1541
E-mail: ethan.ostroff@troutmansanders.com

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?          Yes ☐   No ☑
Appeals Docket No.:

Was there a previous appeal in case?   Yes ☐   No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?   Yes ☐   No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☐   No ☑

If you answered yes to either "a" or "b" please provide:
Case Name: _____
D.C. Docket No.: _____
Court or Agency: _____
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☑ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify: _____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify: _____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify: _____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify: _____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify: _____
☐ OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 23 day of September, 2016.

Signature of Counsel: _____